# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0833

VERSUS

CALVIN BERNARD JEFFERSON                        **OCTOBER 23, 2023**

---

In Re:    Calvin Bernard Jefferson, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 521289.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a file dated copy of the application for postconviction relief,
the state's answer, if any, the district court's ruling, the
bill of information, the commitment order, pertinent district
court minutes, and any other portion of the district court
record that might support the claims raised in the writ
application. Supplementation of this writ application and/or
an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
In the event relator elects to file a new application with this
court, he may do so without the necessity of securing a return
date. Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                          **JEW**
                          **GH**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT